ORIGINAL

Page 2

1 0 - 2 9 6

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District *Delaware* | |
|---|---|---|
| Name (under which you were convicted): *Arson I. Gibbs, Sr.* | | Docket or Case No.: |
| Place of Confinement: *Delaware Correctional Center* *1181 Paddock Road, Smyrna, Delaware 19977* | | Prisoner No.: *066482* |
| Petitioner (include the name under which you were convicted) *Arson I. Gibbs, Sr.* | Respondent (authorized person having custody of petitioner) v. *Thomas Carroll, Warden* | |
| The Attorney General of the State of *M. Jane Brady* | | |

FILED

MAY – 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are are challenging:
   *Superior Court, Kent County, 38 The Green, Dover, Delaware 19901.*    Scanned NO IFP

   (b) Criminal docket or case number (if you know): *N/A*

2. (a) Date of the judgment of conviction (if you know): *N/A*

   (b) Date of sentencing: *N/A*

3. Length of sentence: *N/A*

4. In this case, were you convicted on more than one count or of more than one crime? Yes ❑  No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: *N/A*
   *This Matter involves a Habeas Petition filed prior to any Conviction (Due Process, Jurisdiction and Double Jeopardy Claims) Was Charged with (6) cts. Forgery 2nd and (6) cts. Theft Misdemeanor.*

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☒          (3)  Nolo contendere (no contest) ❑

   (2)  Guilty ❑             (4)  Insanity plea ❑

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *Not guilty to all Charges*

(c) If you went to trial. what kind of trial did you have? (Check one)

Jury ☐      Judge only *N/A*

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No *N/A*

8.  Did you appeal from the judgment of conviction?

Yes ☒   No ☐

9.  If you did appeal, answer the following:

(a) Name of court: *Supreme Court of Delaware*

(b) Docket or case number (if you know): *299, 2005*

(c) Result: *Affirmed judgment of Superior Court*

(d) Date of result (if you know): *November 1, 2005*

(e) Citation to the case (if you know): *N/A*

(f) Grounds raised: *Violation of Due Process, lack of Jurisdiction To Reindict and Double Jeppardy Claim*

(g) Did you seek further review by a higher state court?   Yes ☐   No ☒

If yes, answer the following:

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Result: *N/A*

(4) Date of result (if you know): *N/A*

(5) Citation to the case (if you know): *N/A*

(6) Grounds raised: *N/A*

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

If yes, answer the following:

(1) Docket or case number (if you know): *N/A*

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ❏  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ❏   No ☒

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or
motion?        Yes ❑    No ☒

(7) Result: _N/A_ _____

(8) Date of result (if you know): _N/A_ _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _N/A_ _____

(2) Docket or case number (if you know): _N/A_ _____

(3) Date of filing (if you know): _N/A_ _____

(4) Nature of the proceeding: _N/A_ _____

(5) Grounds raised: _N/A_ _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or
motion?        Yes ❑  No ☒

(7) Result: _N/A_ _____

(8) Date of result (if you know): _N/A_ _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your
petition, application, or motion?

(1)  First petition:        Yes ☒    No ❑

(2)  Second petition:     Yes ❑    No ❑

(3)  Third petition:        Yes ❑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_N/A_ _____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: *Violation of Equal Protection, Due Process and Double Jeopardy Clauses to the Constitution of the United States*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *That the Superior Court of the State of Delaware, Kent County, lacked subject matter jurisdiction to reindict the petitioner while first indictments were still pending against the petitioner. The record will reflect that the petitioner was reindicted prior to the Original/initial indictments being dismissed/adjudicated. Thus, placing the petitioner twice in jeopardy for the same offenses." (U.S.C.A. Const. Amends. 5 and 14)(See exhibits Q thru T)*

(b) If you did not exhaust your state remedies on Ground One, explain why: *Did exhaust remedies in ground one.*

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☒    No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: *Did raise this issue on direct appeal*

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?      Yes ☒    No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: *Habeas Corpus petition*

    Name and location of the court where the motion or petition was filed: *Superior Court, 38 The Green, Dover, Delaware 19901.*

Page 7

Docket or case number (if you know): *C.A. No. 05M-06-017*

Date of the court's decision: *June 30, 2005*

Result (attach a copy of the court's opinion or order. if available): *Please see exhibit F attached hereto*

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒   No ❑

(6) If your answer to Question (d)(4) is "Yes." state:

Name and location of the court where the appeal was filed: *Supreme Court of Delaware P.O. Box 476, Dover, Delaware 19903*

Docket or case number (if you know): *299, 2005*

Date of the court's decision: *November 1, 2005*

Result (attach a copy of the court's opinion or order, if available): *Please see exhibit N attached hereto.*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *Did raise issue*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus. administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *Habeas Corpus petition only.*

GROUND TWO: *Violation of Equal Protection, Due Process and double jeopardy Clauses to the Constitution of The United States.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *That the Superior Court lacked jurisdiction to try and con- vict the petitioner while Habeas Corpus petition was pending in the Supreme Court on appeal on jurisdiction and double jeopardy Claims. The Superior court refused to defer or postpone petitioner's trial until the Supreme Court rendered it's decision,*

Page 8

but went on to convict the petitioner on all charges.
placing the petitioner twice in jeopardy for the same
offenses. (U.S.C.A Const Amends. 5 and 14 See exhibit-BC, D E, H and I)

(b) If you did not exhaust your state remedies on Ground Two, explain why: _Did exhaust_
_all remedies on ground two._

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _Did raise issue_
_on appeal_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Habeas Corpus Petition_

Name and location of the court where the motion or petition was filed: _Supreme Court_
_P.O. Box 476, Dover, Delaware 19903_

Docket or case number (if you know): _299, 2005_

Date of the court's decision: _November 1, 2005_

Result (attach a copy of the court's opinion or order, if available): _Please see exhibit-_
_N attached hereto._

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Supreme Court, P.O._
_Box 476, Dover, Delaware 19903._

Docket or case number (if you know): _299, 2005_

Date of the court's decision: _November 1, 2005_

Result (attach a copy of the court's opinion or order, if available): _Please See exhibit N attached hereto._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _Did raise issue_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _Habeas Corpus petition_

**GROUND THREE:** _Violation of Equal Protection, Due process to the Constitution of the United States. (Please See exhibit A and J)_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _That the Superior Court lacked jurisdiction to rule on petitioner's Habeas Corpus petition after the Supreme Court had already accepted jurisdiction over same, due to the Superior Court's refusal to accept jurisdiction. The Superior Court's ruling was late, suppositious, and failed to address the averments presented. (U.S.C.A. Const. Amends. 5 and 14)(See exhibits A, G and J)_

(b) If you did not exhaust your state remedies on Ground Three, explain why: _Did exhaust all state remedies_

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _Did raise issue_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☒   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus Petition*

Name and location of the court where the motion or petition was filed: *Supreme Court*
*P.O. Box 476, Dover, Delaware, 19903*

Docket or case number (if you know): *299, 2005*

Date of the court's decision: *November 1, 2005*

Result (attach a copy of the court's opinion or order, if available): *Please see exhibit-*
*IV attached hereto.*

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☒   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☒   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Supreme Court P.O.*
*Box 476, Dover, Delaware 19903*

Docket or case number (if you know): *299, 2005*

Date of the court's decision: *November 1, 2005*

Result (attach a copy of the court's opinion or order, if available): *Please See exhibit-*
*IV attached hereto.*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *Did raise issue*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *Habeas Corpus Petition.*

Page 11

GROUND FOUR: _Violation of Equal Protection, Due Process and double Jeopardy Clauses to the Constitution of the United States_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _That the Supreme Court of Delaware violated petitioner's rights to equal protection and due process when it failed to grant petitioner's letter Motion of Prohibition to stop the Superior Court from going forward with petitioner's trial and granting the respondents an extention of time to file Answering Brief with respondents request for same, while Changing the jurisditional venue from Kent County to New Castle County (U.S.C.A. Const. Amendts. 5 and 14) (See exhibits H thru M)_

(b) If you did not exhaust your state remedies on Ground Four, explain why: _Did not exhaust state remedies, because petitioner had already appealed to the highest State Court which rendered the above results._

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _Was already in highest State Court. No other forum to present grounds_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❏  No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏  No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏  No ☒

Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *Had already appealed to highest State Court No other forum to present grounds in State Court.*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *N/A*

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ❑  No ☒

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *Violation of Equal Protection, Due process and Double Jeopardy Clauses by the Supreme Court of Delaware. Reason for not presenting grounds is because Supreme Court of Delaware is highest State Court. No other forum.*

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *Violation of Equal Protection, Due Process and Double Jeopardy Clauses by the Supreme Court of Delaware. No other forum to present grounds in State Court.*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ❑  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _N/A_

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❏    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _N/A_

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _None_

_____

(b) At arraignment and plea: _None_

_____

(c) At trial: _None_

_____

(d) At sentencing: _None_

_____

(e) On appeal: _None_

_____

(f) In any post-conviction proceeding: _None_

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _None_

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❏    No ☒

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: *None*

(b) Give the date the other sentence was imposed: *None*

(c) Give the length of the other sentence: *None*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❏    No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*  *N/A*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: *Issue an Order*
*releasing the petition from the Department of Corrections. Release*
*the Petitioner pending disposition of Habeas Corpus petition*

or any other relief to which petitioner may be entitled.

*Anson I. Gibbs, Sr. Pro Se,*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
_____ (month, date, year).

Executed (signed) on *May 5, 2006* _____ (date).

*Anson I. Gibbs, Sr. Pro Se*

Signature of Petitioner

---

*(...continued)
    (A) the date on which the judgment became final by the conclusion of direct review or the
    expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in
    violation of the Constitution or laws of the United States is removed, if the applicant was
    prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the
    Supreme Court, if the right has been newly recognized by the Supreme Court and made
    retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been
    discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral
review with respect to the pertinent judgment or claim is pending shall not be counted toward
any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _N/A_____

_____

_____

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*

*Petitioner Will Defray Filing Fee*



DM Areson I. Gibbs, Sr.
SBI# 066982  UNIT/W-Bldg. C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
#1

To: Clerk of The Court
United States District Court
844 N. King Street, lock box 18
Wilmington, Delaware
19801.

U.S.M.S.
X-RAY