To: Clerk of The Court
U.S. District Court

From: Anson I. Gibbs, Sr.
Delaware Correctional Center

Dated: May 8, 2006

06-296

Re: Filing Fee For Habeas Corpus Petition - 28 U.S.C. Sec 2254

Dear Clerk:

    This letter is to inform the Court that if the filing fee has not been forwarded along with the petition, it is forthcoming. Thank you.

Very Truly yours,
Anson I. Gibbs, Sr.

cc:



FILED
MAY - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Jason L. Gibbs, Sr.
SBI# 066582   UNIT W-Bldg C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
08 MAY 2006 PM 1 L

To: Clerk of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801.