## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARSON I. GIBBS, SR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-296-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition.  In support thereof, respondents state the following:

1.    The petitioner, Arson I. Gibbs, Sr, has applied for federal habeas relief, challenging the state courts' denial of his state habeas petition and related motion.  D.I. 1.  By the terms of the Court's order, the answer is due to be filed on July 24, 2006.

2.    Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts.    However, due to the two vacancies currently in the Appeals Division, the workload for the remaining attorneys has greatly increased.    Counsel is doing her best to prioritize cases by date received.  The Chief of Appeals will be out of the office for a week in early August for a work seminar.  In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.    Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-

74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).  The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

    4.       This is respondents' first request for an extension of time in this case.

    5.       Respondents submit that an extension of time to and including August 25, 2006, in which to file an answer is reasonable.  Respondents submit herewith a proposed order.

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759

DATE: July 21, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  July 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF.  I also hereby certify that on July 21, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Arson I. Gibbs, Sr.
SBI No. 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**ARSON I. GIBBS, SR**,     :
             :
    Petitioner,     :
             :
  v.         :  Civ. Act. No. 06-296-SLR
             :
**THOMAS L. CARROLL**,     :
Warden, and **CARL C. DANBERG**,  :
Attorney General for the State of Delaware, :
             :
    Respondents.   :

### ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before August 25, 2006.


         _____
         United States District Judge