In The United States District Court
For The District of Delaware

Anson I. Gibbs, Sr.

    Petitioner

v.

Thomas Carroll, Warden,
Delaware Correctional Center,
And Carl C. Danberg, Attorney
General of The State of
Delaware,

    Respondents.

Civil Action No. 06-296 SLR

FILED
JUL 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Response To Respondents Motion For Extension of Time

1). Pursuant to local District Court Civil Rule 7.1.1... "the Court will not entertain any non-dispositive motion... unless Counsel for the moving party file with the Court, at the time of filing the Motion, a statement showing that the attorney making the Motion has made a reasonable effort to reach agreement with the opposing attorney on matters set forth in the Motion."

2). This did not happen in petitioner's case. Respondents did not comply with rules of the Court, and any further delay would only act to the detriment of the petitioner.

3). It is obvious and self-evident that the petitioner has presented a Prima Facie case, sufficient to establish facts that petitioners Constitutional Rights have been severely violated by the State Courts.

Therefore: Respondents Motion For Extension of Time should be denied.

Dated: 7-24-06

Petitioner, Pro Se,
Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr., #866982
1181 Paddock Road
Smyrna, Delaware 19977.

## Certificate of Service

This is to certify that I, Anson I. Gibbs, Sr., did cause to be served a true and correct copy of the attached "Response To Respondents Motion For Extension of Time" on the following named person on this 24 day of July 2006.

To: Elizabeth R. McFarlan, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, Delaware 19801.

Dated: 7-24-2006

Petitioner, Pro Se,

Anson I. Gibbs, Sr. #066982
1181 Paddock Road
Smyrna, Delaware 19977.

INM Jasim L. Gibbs, Sr.
SBI# 866982  UNIT W. Bldg. C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
26 JUL 2006 PM 3 T

U.S.M.'s X-RAY

To: Clerk of The Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570