To: Clerk of The Court
District Court of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

From: Anson L. Gibbs, Sr., SBI #066982
1181 Paddock Road
Smyrna, Delaware 19977

Dated: 7-27-06

06-296 (SLR)

Re: Copy of Order Signed By Honorable, Sue L. Robinson, Judge
Granting Respondents An Extension Time - In C.A. 06-296.

Dear Clerk:

Would you please be so kind as to expedite forwarding to me a transmittal copy of the Order signed by Honorable, Sue L. Robinson, Judge, granting the Respondents an extension of time in Civil Action Number 06-296.

However: I recied a copy of your "Notice of Electronic Filing", but a copy of the judge's signed Order was not encluded. Thank you!

Very Truly Yours,

Anson L. Gibbs, Sr.

cc:

