**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ARSON I. GIBBS, SR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ.Act.No.06-296-SLR |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1.      The petitioner, Arson I. Gibbs, Sr, has applied for federal habeas relief, challenging the state courts' denial of his state habeas petition and related motion. D.I. 1. The undersigned filed an answer to the petition on September 5, 2006

2.      By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.      Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before September 22, 2006.

      4.      Respondents submit that an extension of time to September 22, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable.  Respondents submit herewith a proposed order.


          /s/ James T. Wakley
          Deputy Attorney General
          Department of Justice
          820 N. French Street
          Wilmington, DE 19801
          (302) 577-8500
          Del. Bar. ID No. 4612

DATE: September 5, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the

petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ James T. Wakley</u>
Deputy Attorney General


Counsel for Respondents


Date: September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the attached

documents with the Clerk of Court using CM/ECF. I also hereby certify that on

September 5, 2006, I have mailed by United States Postal Service, the same documents to

the following non-registered participant:


Arson I. Gibbs, Sr.
SBI No. 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
james.wakley@state.de.us

Date:  September 5, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ARSON I. GIBBS, SR.,** | **:** | |
| | **:** | |
| Petitioner, | **:** | |
| | **:** | |
| v. | **:** | Civ.Act.No.06-296-SLR |
| | **:** | |
| **THOMAS CARROLL**, Warden | **:** | |
| and **CARL C. DANBERG**, Attorney | **:** | |
| General for the State of Delaware | **:** | |
| | **:** | |
| Respondents. | **:** | |

**ORDER**

This _____day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file

certified portions of state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

September 22, 2006.


_____
United States District Judge