IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARSON I. GIBBS, SR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ.Act.No.06-296-SLR |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0404009981 has been manually filed with the Court and is available in paper form only.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 5, 2006

1

2

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on September 5, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Arson I. Gibbs, Sr.
SBI No. 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 5, 2006