IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARSON I. GIBBS, SR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ.Act.No.06-296-SLR |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF SUPPLEMENTAL FILING
### OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief and Appendix (No. 299, 2005)

   b. State's Motion to Affirm (No. 299, 2005)

   c. Order (November 1, 2005) (No. 299, 2005)

   d. Appellant's Opening Brief and Appendix under Rule 26(c) (No. 555, 2006)

   e. State's Answering Brief (No. 555, 2006)

   f. Order (July 17, 2003) (No. 555, 2006)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 19, 2006

CERTIFICATE OF SERVICE

   I hereby certify that on September 19, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on September 19, 2006, I have mailed by United States Mail, two copies of the notice and two copies of the documents referenced therein to the following non-registered participant:

Arson I. Gibbs, Sr.
SBI No. 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                /s/ James T. Wakley
                Deputy Attorney General
                Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 577-8500
                Del. Bar. ID No. 4612

DATE: September 19, 2006