To: Clerk of The Court
U.S. District Court
For The District of Delaware
844 King Street, LockBox-18
Wilmington, Delaware 19801

From: Anson I. Gibbs, Sr, SBI #066582
1181 Paddock Road
Smyrna, Delaware 19977

Dated: October 13, 2006

Re: Civil Action No. 06-296 SLR

Dear Clerk:



. Would you please be so kind as to expedite forwarding to me a copy of the Civil Docket Entries in reference to the above Civil Action Number. Thank you! Self addressed Stamped envelope enclosed.

Sincerely yours,
Anson I. Gibbs, Sr.

I/M Anson L. Wesley Sr.
SBI# 066782   UNIT W-Bldg C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
14 OCT 2006 PM 1 T

To Clerk of the Court
U.S. District Court
844 King Street Lockbox-18
Wilmington, Delaware
19801.