In The United States District Court For The District of Delaware

Anson I. Gibbs, Sr.,

    Petitioner,

v.

Thomas Carroll, Warden
And Carl C. Danberg,
Attorney General of The
State of Delaware,

    Respondents.

Civil Action No. 06-296-SLR

## Motion To Compel

Petitioner, Anson I. Gibbs, Sr., Pro Se, moves this Honorable Court to issue an expedited "Order" compelling the Department of Corrections and its employees to immediately return to the petitioner confiscated legal papers relating to the above Civil Action Number. In support of this Motion petitioner aver the following.

1). On January 19, 2007, a random shakedown of petitioner's cell was conducted by C/O T. G. Stanley, who seized petitioner's box of legal papers.

2). Petitioner asked C/o Stanley and his supervisor Lt. B. Burman could he have his legal papers back, because the petitioner was preparing a supplemental brief to his case now pending before the District Court.

3). C/o Stanley stated, "no, you won't be writing anything anytime soon", and ordered Lt. Burman to lock petitioner's legal papers up until the next day.

4). On January 20, 2007, at approximately 5:30 P.M. or thereabout, C/o Stanley was observed reading and censoring petitioner's legal papers and confiscated numerous legal envelopes as listed on the "Inmate Acquired or Confiscated Property Sheet. (Attached as exhibit-A)

5). The petitioner filed a grievance pertaining to the confiscating of his legal papers on January 19, 2007, but there is no emergency grievance procedure to act within a reasonable time frame to restore and protect petitioner's First Amendment Right of Access to The Courts As Guaranteed By The Constitution of The United States. (U.S.C.A. Const Amends. 1 and 14). (Please see attached exhibits- B).

6). Therefore: The petitioner invokes the jurisdiction of this Court in light of Civil Action Number 06-296-SLR, to immediately issue an Order Compelling the Department of Corrections and its employees to return to the petitioner his legal papers without further delay.

(2)

7). That if any of the Legal papers relating to C.A. No. 06-296-SLR are lost, or miss placed, the cost for photo-copying same be incurred to Co. T. J. Stanley and Lt. Barry Bunsman. Any other relief that the Court may deem appropriate.

Dated: 1-24-06

Filed with the Court
2-1-07

Petitioner, Pro Se,

Anson J. Gibbs, Sr.
Anson J. Gibbs, Sr., SBI# 066982
1181 Paddock Road
W-Bldg. C-14
Smyrna, Delaware 19977.

(3)

## Certificate of Service

This is to Certify that I, Anson I. Gibbs, Sr., did cause to be served a true and correct copy of the attached "Motion To Compel" on the following named person(s) or agency on this 24th day of January, 2007.

To: James A. Wakley, Esq.
Department of Justice
820 N. French Street
Dover, Delaware 19801


Dated: 1-24-07

Filed with the Court
2-1-07

Petitioner, Pro Se,

Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr. SBI# 266982
1181 Paddock Road
W-Bldg. C-14
Smyrna, Delaware 19977.

(4)

IR# 1059056
DR# 1029977

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: GIBBS, ARSON  SBI#: 066982
HOUSING UNIT: W BLDG  DATE: 1-20-07  TIME: 1830

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| BOOK | GEORGETOWN LAW JOURNAL | P | 1 | POOR VOL# 83 |
| BOOK | GEORGETOWN LAW JOURNAL | P | 1 | POOR VOL# 84 |
| ENVELOPE | LEGAL FILES I/m# 501798 | P | 1 | POOR |
| ENVELOPE | LEGAL FILES I/m# 066982 | P | 1 | POOR |
| ENVELOPE | LEGAL FILES I/m# 132328 | P | 1 | POOR |
| ENVELOPE | LEGAL FILES ROBERT SANDERS | P | 2 | POOR |
| LETTER | MS. WEATHERSPOON | P | 1 | POOR |
| LETTER | MS. SHUTTER | P | 1 | POOR |
| ENVELOPE | I/m JAMES CLARK | P | 2 | POOR |
| ENVELOPE | I/m TYRONE PRINGLE | P | 1 | POOR |
| ENVELOPE | LEGAL FILES # 531972 | P | 1 | POOR |
| ENVELOPE | LEGAL FILES # 298348 | P | 1 | POOR |
| ENVELOPE | DOZENS OF SBI# | P | 1 | POOR |
| ENVELOPE | FROM, LETTERS TO PAY | P | 1 | POOR |

Officer's Name (Print Clearly): T. STANLEY C/O  Shift: 4x12  Officer's Signature Who Inventoried Property: [signature]
Supervisor's Name (Print Clearly): BARRY BURMAN LT  Shift: 4x12  Supervisor's Signature Reviewing Inventory: [signature]

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

(Exhibit-A)  FORM# 537-A

# GRIEVANCES



When filling out your grievance, make sure to print all information clearly (full name, A.K.A., SBI #, building, tier and cell location). However, do not check off the "Informal Resolution" area.

Grievance forms are located in the Inmate Forms Box next to the memo board in W-1 Lobby.

Grievances are handled by Corporal Merson who is the Acting Grievance Chairperson. All completed grievance forms are to be placed in the Grievance Box next to the W-1 Lobby Ice Machines. **Only Corporal Merson has a key to this box.** She will collect grievances every Friday at 7:00 am. **DO NOT PUT YOUR GRIEVANCES IN THE MAIL!**

Most often, issues can be resolved without grievances. The following is a list of where you can address specific concerns for resolution:

When addressing issues to any staff member, you are expected to be mature, respectful and in control of your actions. Any language deemed threatening or demeaning could result in the rejection of your request and concerns.

All inmates, regardless of physical condition/security status/administrative status, shall be entitled to use the Inmate Grievance Procedure (IGP). Your complaints regarding policies and conditions must be within DOC jurisdiction. This includes actions by employees, inmates, and incidents occurring within the institution that affect you personally.

Policies that have their own formal appeal mechanisms are not grievable through the IGP. Specifically excluded from the IGP are issues concerning Disciplinary, Classification, and Parole Board decisions.

All medical grievances are referred directly to the contract medical care provider and monitored by the Bureau of Prisons on Medical Grievance Forms.

If more than one inmate files a grievance on the same incident, Corporal Merson will consolidate the staff investigations and hearings into a single "group grievance." All individuals involved will be notified by Corporal Merson.

If you have any questions concerning the procedure, what is grievable or what action request is within your power or if you need help, seek out your Building Representatives, or look at the "4.4" located at the Sergeant's desk and in the Law Library.

If your grievance is rejected, read the rejection form carefully, it will usually explain how to refile a proper grievance.

Remember, you have within seven (7) working days to file your grievance from the time of the incident

(Exhibit-B)

STATE OF DELAWARE        )                AFFIDAVIT OF: _____
                         ) SS              DATED: January 25 2007
COUNTY OF New Castle )

## AFFIDAVIT

I, Chadwick Davis, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in W Bld - C tier located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

That on January 19, 2007 I was on my way to the Ice cooler to put Ice in my cup when another Inmate asked me what was for Breakfast and I stoped and told him. At that time I heard the tier door crack and I walked into the bathroom to Fill my cup with water at that time C/o Stanley asked me to step off the tier with another Inmate Mr. Gibbs. When we steped off the tier C/o Stanley had another C/o strip search us. While we were striped searched C/o Stanley went back on the tier and shook down our rooms. When I asked why he striped Searched me I recieved no answer and After it was all over I didn't even recieve a write up just a torn up Bunk and box. At no time did I see Mr. Gibbs in another inmates door or doing anything out of the ordinary. I don't believe he had a reason for strip searching us or reading and going though our leagal and personal mail.

Affiant: _____
                Signature

Chadwick A Davis
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 25 day of January, 2007.

My Commission Expires: June 14, 2008

Timothy J. Manto
(Notary Public)

STATE OF DELAWARE )
) SS
COUNTY OF New Castle )

AFFIDAVIT OF: _____
DATED: 1-30-07

### AFFIDAVIT

I, Morris J. Osborn, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in W-1 C tier located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

During a shake-down of Rm #14 - C tier I saw CO Standley, & CO Kushman going thru inmate, Arson Gibbs boxes & his mail. CO Kushman was reading word for word. Mostly all of Gibbs personal & legal mail. This all happen while Gibbs was out of his room. This occured on 1-19-07 P.M.

Affiant: _____
Signature

Morris J. Osborn
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 30 day of January, 2007.

My Commission Expires: June 14, 2008

Timothy J. Mato
Notary Public

I/M Anson I. Gibbs, Sr.
SBH# 066982   UNIT W-Bldg. C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court, U.S.
District Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware
19801.