In The United States District Court
For The District of Delaware

Anson I. Gibbs, Sr.,

    Petitioner

V.

Thomas Carroll, Warden,
And Beau Biden, Attorney
General of The State of
Delaware,

    Respondents.

Civ. Act. No. 06-296 SLR



FILED
MAR 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Expedited Hearing On
Petition For Writ of Habeas Corpus
And Dismissal of Motion To Compel

The petitioner Anson I. Gibbs, Sr., pursuant to 28 U.S.C. subsec. 2254(d)(1), under The Antiterrorism And Effective Death Penalty Act (AEDPA) of 1996, submits this Motion for expedited hearing on petition for Writ of Habeas Corpus, and dismissal of Motion to Compel, now pending before this Court. The petitioner respectfully represent.

4). In the petitioner case the decision of the State Courts was an unreasonable application of relevant Constitutional standards and the petitioner has clearly shown that the decision of the State Courts was contrary to, and involved an unreasonable application of clearly established Federal law, as determined by the Supreme Court of the United States.

Moreover, the decision of the State Courts and the procedures followed in petitioner's case, are so obviously inconsistant with clearly established Federal law, as determined by the Supreme Court of the United States, as to appear to be a flouting of the law, and an abuse of the Great Writ of Habeas Corpus, as established by the Constitution of the United States. (U.S.C. Art. 1, Sec 9, Clause 2). (16 Del. C. subsec. 6902(1) is unconstitutional).

5). In Nobles V. Johnson, 127 F.3d 409, 416-18 (5th Cir. 1998)(quoting Drinkard v. Johnson, 97 F.3d 751, 769 (5th Cir. 1996) The Fifth Circuit held a review under 28 U.S.C. subsec. 2254(d)(1) in order to determine if the State Court's conclusions involved an "unreasonable application of clearly established Federal law, as determined by the Supreme Court, the Court held that an application of Federal law is unreasonable" if it is so clearly incorrect that it would not be debatable among reasonable jurists." This is clearly evidenced in petitioner's case.

6). Therefore, any further delay in deciding petitioner's case will prejudice the petitioner and deny the petitioner equal protection and due process as guaranteed by the Constitution of the United States. (U.S.C.A. Const. Amends. 5 and 14).

(3)

## Conclusion

See U.S. v. Trueber, 238 F.3d 79, 87-91 (1st Cir. 2001)(... because delay in hearing government's interlocutory appeal was the result of District Court's delay and defendant did not attempt to remedy through motion for expedited hearing).

The petitioner's case has been perkulating on the docket since the filing of State Court Records by the respondents on September 19, 2006. An expedited hearing on petitioner's petition for habeas relief is warranted. (D.I. 22).

Wherefore: The petitioner pray that the Court will grant him an expedited hearing on petition for habeas relief, and that the petitioner be awarded a copy of the Court's written determination.

Dated: 3-22-07

Petitioner, Pro Se,

Anson I. Gibbs, Sr.
1181 Paddock Road
Smyrna, Delaware 19977
SBI# 066982

(4)

## Certificate of Service

This is to Certify that I, Anson I. Gibbs, Sr., did cause to be served a true and correct copy of the attached Motion For Expedited Hearing, and Dismissal of Motion To Compel to the U.S. District Court of Delaware, on the following person, on this 22nd day of March 2007.

To: James T. Wakley, Esq.
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, Delaware 19801.

Dated: 3-22-07

Petitioner, Pro Se,

Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr.
1181 Paddock Road
Smyrna, Delaware 19977.
SBI # 066982

(5)

I/M Jason I. Gibbs, Sr.
SBI# 066982  UNIT SHU #19, D-11-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of the Court
U.S. Dist. of Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570



envelope scan with postage meter stamp (MAR 27 2007, $00.63) and handwritten return address from correctional center, addressed to:

To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail