S. District Court

June 21, 2007

Dear Clerk:

06-296

I did not serve the respondents a copy of the enclosed petition.

The case has been closed and I don't know whether I was to serve a copy on them or not.

Please inform me as to same. Thank you.

Aaron I. Gibbs, Sr.



FILED
JUN 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned