To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street, LockBox 18
Wilmington, Delaware 19801.

From: Anson I. Gibbs, Sr., SBI #266982
1181 Paddock Road
Smyrna, Delaware 19977.
SHU-Bldg. #19-DL-11

Dated: 7-5-07

Re: Civil Action No. 06-296-SLR, Gibbs V. Carroll, et. al.

Dear Clerk:

    Would you please be so kind as to expedite forwarding to me a copy of the "Docket Entries" in reference to the above civil action, including the disposition of the "Petition For Rehearing En Banc" filed with this Court dated June 21, 2007.

    However: Please inform me as to why an "Appeal" was filed on my behalf in the "Third Circuit Court of Appeals", case No. 07-2944, without my authorization or my being notified of same? If the appeal is valid, please comply with Fed. R. Civ. P. 30 and forward the entire record to that Court, with notification to me when the record has been sent. Thank you!

cc:

Sincerely,
Anson I. Gibbs, Sr.

I/M Jason T. Gibbs, Sr.
SBI# 066982   UNIT SHU-Bldg #19- DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801.