OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 20, 2007

TO: Arson I. Gibbs, Sr.
SBI# 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Request for Copywork;
Civ. No. 06-296 SLR**

Dear Mr. Gibbs:

A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copy work is fifty ($.50) cents per page. A copy of the docket is enclosed, free of charge for this request only. **Should you require copy work in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson