DLD-369                                                    September 7, 2007
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-2944**

ARSON I. GIBBS, SR.

     VS.

WARDEN THOMAS L. CARROLL, ET AL.

     (D. Del. Civ. No. 06-cv-00296)

Present:     BARRY, AMBRO and FISHER, <u>CIRCUIT JUDGES</u>

     Submitted are:

     (1)     Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

     (2)     Appellant's "Petition for Remand for a Determination on Undecided Claims."

     Respectfully,

     Clerk

MMW/CJG/isc

_____ O R D E R _____

     The petition for a certificate of appealability is denied. Appellant has not shown that reasonable jurists would find the District Court's determination with respect to his double jeopardy claim to be debatable or wrong. <u>See Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)). Additionally, the District Court did not err in concluding that appellant's remaining claims, despite their labels, are based on alleged errors of state laws and procedures, and thus are not cognizable on federal habeas review. <u>See Estelle v. McGuire</u>, 502 U.S. 62, 67-8 (1991); <u>Pulley v. Harris</u>, 465 U.S. 37, 41 (1984). Appellant has thus failed to make a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2). Appellant's "Petition for Remand for a Determination on Undecided Claims" is likewise denied.

     By the Court,

     */s/ D. Michael Fisher*    A True Copy
     Circuit Judge

     *Marcia M. Waldron*

     Marcia M. Waldron, Clerk

Dated: September 24, 2007
ISC/cc: Arson I. Gibbs, Sr.
     Elizabeth R. McFarlan, Esq.